# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2850
_____

CHRISTOPHER M. SCHURMAN,

    Appellant,

    v.

JOHN TATE, Holmes County
Sheriff, STATE OF FLORIDA,

    Appellees.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

May 8, 2024

PER CURIAM.

    DISMISSED as moot.

ROBERTS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher M. Schurman, pro se, Appellant.

David F. Holmes, Slocomb, Alabama, for Appellee John Tate, Holmes County Sheriff; Ashley Moody, Attorney General, Tallahassee, for Appellee State of Florida.